CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 05 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TRACY D. CARTER,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00206 |
| v. | ) <br> ) | **ORDER** |
| WESTERN VIRGINIA REGIONAL<br>    JAIL,<br>    Defendant. | ) <br> ) <br> ) <br> ) | <br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; plaintiff's complaint is

**DISMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1);

and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claim

as a new and separate action at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

ENTER: This 5th day of May, 2011.

/s/ James C. Turk
Senior United States District Judge